# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WATERSIDE VILLAGE LLC

VERSUS

UNDERWRITERS AT LLOYD'S
LONDON (LLOYD'S OF LONDON);
CONVEX INSURANCE UK LIMITED
INSURANCE COMPANY

NO.   2023 CW 0428

**JULY 28, 2023**

---

In Re:    Certain Underwriters at Lloyd's London and Convex
Insurance UK Limited Insurance Company, applying for
supervisory writs, 21st Judicial District Court,
Parish of Tangipahoa, No. 2022-2769.

---

**BEFORE:   HOLDRIDGE, CHUTZ, AND PENZATO, JJ.**

**WRIT DENIED.**

WRC
AHP

   **Holdridge, J.,** concurs and would deny the writ application
on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT